UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISON

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 08 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:22CR 00013 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| ANTHONY MALONE | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about November 5, 2021, the defendant,

ANTHONY MALONE,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year:

   1. Manufacture/Delivery/Possession of Marijuana, in Crittenden County, Arkansas, Circuit Court in Case Number 18CR-96-7;

   2. Terroristic Act, in Crittenden County, Arkansas, Circuit Court in Case Number 18CR-01-858; and

   3. Felon in Possession, in the United States District Court for the Western District of Tennessee, in Case Number 2:03-CR-20183-JPM-1.

B.  On or about November 5, 2021, in the Eastern District of Arkansas, the defendant,

ANTHONY MALONE,

knowingly possessed, in and affecting commerce, one or more rounds PSD 18, 5.56 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

A.  On or about December 1, 2021, the defendant,

ANTHONY MALONE,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year:

1. Manufacture/Delivery/Possession of Marijuana, in Crittenden County, Arkansas, Circuit Court in Case Number 18CR-96-7;

2. Terroristic Act, in Crittenden County, Arkansas, Circuit Court in Case Number 18CR-01-858; and

3. Felon in Possession, in the United States District Court for the Western District of Tennessee, in Case Number 2:03-CR-20183-JPM-1.

B.  On or about December 1, 2021, in the Eastern District of Arkansas, the defendant,

ANTHONY MALONE,

knowingly possessed, in and affecting commerce, a firearm, that is: a Del-Ton, model DTI-15, .223 caliber rifle, bearing serial number DTI-S164099, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 or 2 of this Indictment, the defendant, ANTHONY MALONE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense.