# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                               No. 2:22-cr-13-DPM

ANTHONY MALONE                                              DEFENDANT

## ORDER

Malone moves for early termination of his supervised release. Neither the Probation Office nor the United States has any objection.

Malone has served more than half of his two-year term of supervised release. He's done quite well. He has started a business to support his family, but being on supervision has prevented challenges to travelling and expanding that business. All material things considered, the interests of justice favor granting his motion, *Doc. 73*. 18 U.S.C. § 3583(e). His supervised release has ended. Well done.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13 May 2023_